# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2011

143099 & (43)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

IN RE DAVIS ESTATE

_____

KATHLEEN D. SWARTZ and KAREN DENISE
DAVIS, Co-Conservators for Helen M. Davis, an
incapacitated person,
          Plaintiffs-Appellants,

v

HMD, INC., and DONALD STREHL, Personal
Representative of the Estate of Kenneth Davis,
Deceased,
          Defendants-Appellees,

v

CHRISTINE DAVIS,
          Appellee.

_____/

SC: 143099
COA: 302742
Macomb CC: 2009-198108-CZ

        On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the April 7, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2011

_____
Clerk

t0726